# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADNI GHAFOORI, | Case No.  1:24-cv-01211-SKO |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE** |
| DEPUTY LELAND PETTUS, et al., | |
| Defendants. | |

Effective August 7, 2023, Local Rule 120 of the Local Rules of the United States District Court, Eastern District of California was amended.  *See* General Order No. 666.  As now amended, Local Rule 120(d) provides that as for actions arising in the county of Stanislaus, such actions shall now "be commenced in the United States Court sitting [in] Sacramento, California, and in Redding, California, or other designated places within those counties."[1]

In light of the amended Local Rule 120(d), the parties are advised that, as this is an action

---

[1] Prior to amendment, Local Rule 120(d) provided that "[a]ll civil and criminal actions and proceedings of every nature and kind . . . arising in," among other counties, the county of Stanislaus, "shall be commenced in the United States District Court sitting in Fresno, California, and in Bakersfield, California, Yosemite National Park[,] or other designated places."

or proceeding that arises in the county of Stanislaus, this case will be transferred out of the District Court in the Fresno division, and to the District Court in the Sacramento division.

Accordingly, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:
   United States District Court
   Eastern District of California
   501 "I" Street, Suite 4-200
   Sacramento, CA 95814

Having previously been granted leave to proceed *in forma pauperis*, Plaintiff's complaint remains before the Court for screening. (*See* Doc. 3.)

IT IS SO ORDERED.

Dated:  **October 23, 2024**          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

2